Amo
2/1/01

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIME RIVERA, | CIVIL NO. **1:CV-01-0096** |
| Petitioner | |
| v. | (Judge Caldwell) |
| WARDEN, L.S.C.I. ALLENWOOD, | (Magistrate Judge Blewitt) |
| Respondent | |

FILED
SCRANTON
FEB 1 2001
PER _____
DEPUTY CLERK

### ORDER

AND NOW, this 1st day of **February, 2001,** petitioner having paid the $5.00 filing fee, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed forthwith to serve a copy of the petition (Doc. 1) together with this Order, by certified mail on the Respondents.

2. Respondents shall show cause within twenty (20) days of the date of this Order why the petitioner should not be granted habeas corpus relief;

3. A determination as to whether or not the petitioner shall be produced for a hearing shall be held in abeyance pending the filing of a response; and

4. Petitioner shall, if he so desires, file a reply to the response to the show cause order within ten (10) days of its filing.

                                                 **THOMAS M. BLEWITT**
                                                 **United States Magistrate Judge**

Dated: **February /, 2001**

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 1, 2001

Re:  1:01-cv-00096   Rivera v. Warden, LSCI,Allenwd

True and correct copies of the attached were mailed by the clerk to the following:

Cheryl J. Sturm, Esq.
408 Ring Rd.
Chadds Ford, PA  19317   Fax No.: (484) 771-2008

cc:
Judge                              ( )
Magistrate Judge                   ( )   US Atty.
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached
                                       U.S. Marshal ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached
                                       to: US Atty Gen
                                           DA of County  ( ) Respondents ( )

Bankruptcy Court                   ( )
Other_____       ( )

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
Warden, LSCI Allenwood, White Dee[r]

7044 3220 0004 3317 2578

Postage        $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $
Name (Please Print Clearly) (To be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4
PS Form 3800, July 1999        See Reverse for Instruction

MARY E. D'ANDREA, Clerk

DATE: __2/1/01__         BY: __Mo__
                             Deputy Clerk