IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. JAIME RIVERA,<br>Registration No. 44529-066<br>Petitioner | : CIVIL ACTION NO. 1:CV-01-0096<br>:<br>:<br>: |
| V. | : |
| WARDEN, LSCI ALLENWOOD,<br>Respondent | :<br>: |

FILED
SCRANTON
MAR 14 2001
PER _____
DEPUTY CLERK

### ORDER

AND NOW, to wit, this 14th day of March, 2001, having considered Petitioner's Motion For Enlargement of Time To File a Traverse On or Before March 28, 2001, it is hereby

ORDERED, that Mr. Rivera shall have until March 28, 2001 to file a Traverse to the Government's Motion to Dismiss.

Date: 3-14-2001                    _____ U.S.M.J.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 14, 2001

Re:  1:01-cv-00096    Rivera v. Warden, LSCI, Allenwd

True and correct copies of the attached were mailed by the clerk to the following:

Cheryl J. Sturm, Esq.
408 Ring Rd.
Chadds Ford, PA  19317   Fax No.: (484) 771-2008

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108

cc:
Judge                            ( )
Magistrate Judge                 ( )         ( ) Pro Se Law Clerk
U.S. Marshal                     ( )         ( ) INS
Probation                        ( )         ( ) Jury Clerk
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( )  with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( )  with Petition attached & mailed certified mail
                                      to:  US Atty Gen   ( )   PA Atty Gen ( )
                                           DA of County  ( )   Respondents ( )
Bankruptcy Court                 ( )
Other_____     ( )

MARY E. D'ANDREA, Clerk

JMS 3/14/01