IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIME RIVERA, | : | CIVIL ACTION NO. **1:CV-01-0096** |
| Petitioner | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| WARDEN, L.S.C.I. ALLENWOOD, | : | |
| Respondent | : | |

**FILED SCRANTON MAR 1 9 2001 PER ___ DEPUTY CLERK**

### ORDER

AND NOW, this 19th day of **March, 2001, IT IS HEREBY ORDERED THAT** Respondent's Unopposed Motion for Enlargement of Time **(Doc. 3)** is deemed **MOOT**, in that the Response was filed on March 7, 2001. (Doc. 4).

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: March ___, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 19, 2001

Re: 1:01-cv-00096   Rivera v. Warden, LSCI, Allenwd

True and correct copies of the attached were mailed by the clerk to the following:

Cheryl J. Sturm, Esq.
408 Ring Rd.
Chadds Ford, PA   19317   Fax No.: (484) 771-2008

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa   17108

cc:
Judge                              ( )         ( ) Pro Se Law Clerk
Magistrate Judge                   ( )         ( ) INS
U.S. Marshal                       ( )         ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to:  US Atty Gen  ( )   PA Atty Gen  ( )
                                            DA of County ( )   Respondents  ( )
Bankruptcy Court                   ( )
Other_____       ( )
                                                        MARY E. D'ANDREA, Clerk

                                                        JB 3/19/01