UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CIVIL NO. 1:cv-01-0096 |
| ex rel. Jaime Rivera, | |
| Petitioner | : |
| | : |
| VS. | : [WILLIAM CALDWELL, J.] |
| | : |
| WARDEN, LSCI ALLENWOOD | : |
| Respondent | : |

FILED
SCRANTON

JUL 2 5 2001

PER _____
DEPUTY CLERK

### NOTICE OF APPEAL

**JAIME RIVERA** ["Rivera"] hereby appeals the final order entered June 12, 2001

dismissing his 2241 habeas corpus petition to the United States Court of Appeals for the

Third Circuit.

Cheryl J. Sturm
Attorney-At-Law
408 Ring Road
Chadds Ford, PA 19317
484/ 771-2000

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of July, 2001, s/he served a copy of

the **Notice of Appeal** upon opposing counsel, and all interested parties by mailing a copy

of same, first class mail, first class postage prepaid, addressed as follows:

Kate L. Mershimer, Esquire
Assistant United States Attorney
Middle District of Pennsylvania
228 Walnut Street, Second Floor
P.O. Box 11754
Harrisburg, PA 17109-1754

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 30, 2001


Re:  1:01-cv-00096    Rivera v. Warden, LSCI,Allenwd


True and correct copies of the attached were mailed by the clerk
to the following:


    Cheryl J. Sturm, Esq.
    408 Ring Rd.
    Chadds Ford, PA  19317  Fax No.: (484) 771-2008


    Kate L. Mershimer, Esq.
    U.S. Attorneys Office
    Room 217, Federal Bldg.
    228 Walnut St.
    Harrisburg, Pa  17108



cc:
Judge                         (✓)          ( ) Pro Se Law Clerk
Magistrate Judge              ( )          ( ) INS
U.S. Marshal                  ( )          ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen   ( )  PA Atty Gen ( )
                                      DA of County  ( )  Respondents ( )
Bankruptcy Court              ( )
Other_____USCA_____         (✓)
                                              MARY E. D'ANDREA, Clerk

DATE: _____7/36/01_____          BY: _____
                                          Deputy Clerk