INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

```
United States of America           Dist. Ct. Docket  1:CV-01-96
ex rel. Jaime Rivera
           v.                      Ct. of Appeals Docket #_____
Warden, LSCI Allenwood
```

NOTICE OF APPEAL FILED _7/25/01_   COURT REPORTER: _____

**FILING FEE:**
Notice of Appeal __x__ Paid _____ Not Paid _____ Seaman
Docket Fee        __x__ Paid _____ Not Paid _____ USA or Govt.

RECEIVED JUL 3 1 2001 U.S.C.A. 3rd CIR.

CJA Appointment: (Attach copy of order)

____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable _____

____Motion Granted
____Denied
____Motion pending before district judge

**FILED HARRISBURG**

Certificate of probable cause (state habeas corpus) (attach copy of order)

AUG 0 3 2001

____Granted
____Denied
____Pending

MARY E. D'ANDREA, CLERK
Per_____
     DEPUTY CLERK

**PENDING MOTIONS    NO**
COPIES TO:                              Deft. Address: _____
Judge Caldwell                                         _____
Magistrate Judge Blewitt                               _____
Cheryl J. Sturm, Esquire                               _____
Kate L. Mershimer, Esquire
File Copy

*[signature]*
Deputy Clerk

Please acknowledge receipt of these documents on the enclosed copy of this sheet.