OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4911

pacer.ca3.uscourts.gov

July 31, 2001

NOTICE OF DOCKETING OF APPEAL

FILED
HARRISBURG

AUG 0 3 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Rivera v. Warden Allenwood

No(s): 01-cv-00096

(Honorable William W. Caldwell)

An appeal by **Jamie Rivera** was filed in the above-captioned case on 7/25/01, and docketed in this Court on 7/31/01, at No. **01-3047**.

Kindly use the Appeals Docket No. **01-3047** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk