<div style="writing-mode: vertical-rl">United States Third Circuit Court of Appeals</div>

Record/Certified List in Lieu of Record Request Form

**FILED**
**HARRISBU**

To: **DISTRICT COURT APPEALS CLERK**

AUG 0 3 200

Case Manager: **ANTHONY INFANTE**

MARY E. D'ANDREA,
Per_____
_____ DEPUTY CLE

Date: **31 JULY 2001**

Per_____
DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

District Court Docket No.:   **01-cv-00096**

Court of Appeals Docket No.:   **00-3047**

Short Caption:   **RIVERA v. WARDEN ALLENWOOD**

____X____   Entire Record

_____   Certified List in Lieu of the Record

_____   State Court Record

_____   Supplemental Record

_____   Supplemental Certified List in Lieu of Record