OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
Clerk of Court



(717) 221-3920
FAX (717) 221-3959

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

August 6, 2001

RE: Rivera vs. Warden, LSCI Allenwood
Civil Action No. 1:CV-01-96
USCA No. 01-3047

**FILED**
HARRISBURG, PA

AUG 10 2001

MARY E. D'ANDREA, CLERK

Dear Ms. Waldron,
    Enclosed please find:

\_\_\_\_ One certified copy of the docket entries
to be filed as the Certified List in
Lieu of the Record.

  **x**   Actual Record with one certified copy
and one uncertified copy of docket
entries.

\_\_\_\_ One certified copy of docket entries to
be filed as the Certified List in Lieu
of the \_\_\_\_ Supplemental Record.

\_\_\_\_ Actual_____ Supplemental Record with
one certified copy and one uncertified
copy of docket entries.

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,
MARY E. D'ANDREA, CLERK

Jill Cardile
Deputy Clerk