ORIGINAL

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4916

pacer.ca3.uscourts.gov

April 12, 2002

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA 17108

RE: Docket No. 01-3047
Rivera vs. Warden Allenwood
D. C. CIV. No. 01-cv-00096

RECEIVED
APR 1 6 2002
MARY E. D'ANDREA, CLERK

Dear Mrs. D'Andrea:

Enclosed is a certified copy of the judgment in the above-entitled case, together with copy of the opinion. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

We return herewith the certified record and first supplemental record in the case.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By:  Anthony W. Infante
     Case Manager

Enclosure

cc:
    Cheryl J. Sturm, Esq.
    Kate L. Mershimer, Esq.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 01-3047

JAMIE RIVERA,

Appellant,

v.

WARDEN, LSCI -- ALLENWOOD,

On Appeal from the United States District Court
For the Middle District of Pennsylvania
D.C. Civil No. 01-cv-00096
District Judge: Honorable William W. Caldwell

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 11, 2002

Before MANSMANN, MCKEE and BARRY, <u>Circuit Judges</u>

JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on February 11, 2002.

And now, having considered the arguments of the parties, the order of the District

Court of the Eastern District of Pennsylvania dated June 12, 2001 is hereby AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed against appellant.

ATTEST:

*Marcia M. Waldron*

Clerk

DATED: 19 February 2002

**Costs Taxed in Favor of Warden, LSCI-Allenwood as follows:**

Total for Brief....................$85.80

Total..................$85.80  75¢

```
Certified as a true copy and issued in lieu
of a formal mandate on April 12, 2002

Teste: 
Acting Clerk, United States Court of Appeals
for the Third Circuit
```

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 01-3047

JAMIE RIVERA,

Appellant,

v.

WARDEN, LSCI -- ALLENWOOD,

On Appeal from the United States District Court
For the Middle District of Pennsylvania
D.C. Civil No. 01-cv-00096
District Judge: Honorable William W. Caldwell

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 11, 2002

Before MANSMANN, MCKEE and BARRY, Circuit Judges

(Filed: February 19, 2002)

MEMORANDUM OPINION

MCKEE, Circuit Judge.

Jamie Rivera appeals the order of the United States District Court for the Middle

District of Pennsylvania dismissing his petition for a writ of habeas corpus under 28 U.S.C. § 2241.

Inasmuch as we write only for the parties, we need not present the factual or procedural background of this appeal. We have reviewed the thoughtful Memorandum Opinion of the district court and we will affirm substantially for the reasons set forth in that opinion.

---

TO THE CLERK:

Please file the foregoing memorandum opinion.

By the Court

_____

Circuit Judge