January 18, 2008

Mr. Jaime Rivera  #44529-066
Low Security Correctional Institution--Allenwood
P.O. Box 1000
White Deer, Pennsylvania  17887-1000

Ms. Mary E. D'Andrea
Clerk of the Court
Office of the Clerk
United States District Court for the
  Middle District of Pennsylvania
United States Courthouse
235 North Washington Avenue
Scranton, Pennsylvania  18501-1148

FILED
SCRANTON

JAN [illegible] 2008

_____
PER _____
       DEPUTY CLERK

RE:  United States ex rel. Jaime Rivera v.
     Warden, LSCI Allenwood
     Case No. 1:CV-01-0096
     Request for Docket Entries


Dear Ms. D'Andrea,

   Please accept this correspondence as a formal request to be provided with the District Court's docket entries in the above-captioned action, a 28 U.S.C. § 2241 petition which was decided some years ago.

   Please send a complete copy of these docket sheets to me at my institutional address, listed above, at your earliest possible convenience.

   I look forward to receiving a complete copy of my docket entries from the Court soon.

   Thank you for your time and attention to this matter.


                                    Sincerely yours,

                                    Jaime Rivera

                                    Jaime Rivera  #44529-066
                                    L.S.C.I.--Allenwood


cc:  file copy

Mr. Jaime Rivera #44529-066
Low Security Correctional Institution--Allenwood
P.O. Box 1000
White Deer, Pennsylvania 17887-1000

RECEIVED
SCRANTON

JAN 23 2008

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

HARRISBURG PA 171
18 JAN 2008 PM 1 T



Ms. Mary E. D'Andrea
Clerk of the Court
Office of the Clerk
U.S. District Court--Middle District of Pennsylvania
U.S. Courthouse
235 North Washington Avenue
Scranton, Pennsylvania 18501-1148